# CIVIL MINUTES – GENERAL

Case No.   CV 19-4466-CJC (KS)                                   Date: July 23, 2019

Title   *S.E.L. v. Andrew M. Saul*[1]

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |   |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 22, 2019, Plaintiff, by and through his Guardian Ad Litem and proceeding with counsel, filed a Complaint seeking review of the Social Security Administration's denial of his application for Supplemental Security Income.  (Dkt. No. 1.)  On June 3, 2019, the Court issued a scheduling order that directed Plaintiff to file an appropriate proof of service within 30 days of the date of the order.  (Dkt. No. 10.)

More than two weeks have now passed since Plaintiff's deadline for filing an appropriate proof of service, and none has been filed.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than August 6, 2019 why this action should not be dismissed** for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and for failure to prosecute and comply with court orders pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41-1.  Plaintiff may discharge this order by filing before the August 5, 2019 deadline <u>either</u>:

(1) proper proof of service reflecting service within the 90 days required by Rule 4(m);[1] or

---

[1] The Court notes that Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Andrew M. Saul for Nancy A. Berryhill as the defendant in this action.

[2] Proper proof of service in this case would consist of **the certified or registered mail receipts and a declaration, under penalty of perjury, that the summons and complaint were served by registered or certified mail** on:  (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles California 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the

(2) a request for an extension of time to serve the Complaint and/or file the proof of service with a sworn declaration showing good cause for his failure to comply with the Court's order.

**Plaintiff's failure to timely comply with this Order may result in a recommendation of dismissal.**

                                                                    :
                                                **Initials of Preparer**   gr

---

[1] Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave. NW, Washington D.C. 20530-0001.