JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E.L., by and through his guardian ad litem Mercedes Zepeda Lopez,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,[1] Commissioner of Social Security,<br><br>    Defendant. | NO. CV 19-4466-KS<br><br>JUDGMENT |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: May 21, 2020

                                        /s/ Karen L. Stevenson
                                        KAREN L. STEVENSON
                                        UNITED STATES MAGISTRATE JUDGE

---

[1]     The Court notes that Andrew M. Saul is now the Commissioner of the Social Security Administration. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court orders that the caption be amended to substitute Andrew M. Saul for Nancy A. Berryhill as the defendant in this action.